IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: COTTON YARN ANTITRUST LITIGATION ) ) ) | |
| ) | CIVIL ACTION NO. 1:04MD1622 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |

## ORDER

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Defendants' Motion to Dismiss the Complaint as to Certain Plaintiffs and Compel Arbitration, and to Stay the Case as to the Remaining Plaintiffs [Document #9] is DENIED. However, Defendants' Motion to Strike [Document #35] is GRANTED.

This, the 9th day of November, 2005.

_____
United States District Judge